# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| ALEXIS SHEA STEWART<br>*Plaintiff*<br>v.<br>CARCARE LLC and CARSMART, LLC,<br>*Defendant* | ) | Civil Action No. 3:26-cv-01732 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CARCARE LLC and CARSMART, LLC.
c/o Registered Agent:
GUY ALFIERI
1023 W MAIN ST
HENDERSONVILLE, TN 37075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

G. Brandon Hall
The Employment & Commerce Law Group
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
bhall@eclaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT — MIDDLE DISTRICT OF TENNESSEE

*CLERK OF COURT*

Date: 11/3/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CARCARE, LLC. and CARSMART, LLC.
was received by me on *(date)* 11/13/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*:
The summons and complaint were delivered via USPS certified mail to an individual at the address of the registered agent on November 9, 2026.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/23/2026

Valerie Medovich
*Server's signature*

Valerie Medovich, paralegal
*Printed name and title*

1625 Broadway, Suite 601, Nashville, TN 37203
*Server's address*

Additional information regarding attempted service, etc:
Please find attached signed USPS return receipt signature card.

Print | Save As... | Reset